W. Moore Thompson and W. A. Newman Dorland, appellees, v. Jacob Grossman, appellant. Gen. No. 33,306.

Opinion filed May 20, 1929.

Herman Drezner, for appellant; Z. H. Kadow and A. L. Gettys, of counsel. Holland F. FlaHavhan, for appellees.

Mr. Justice McSurely delivered the opinion of the court.